BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-2039
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | <u>COUNT 1</u>: |
| v. | SEXUAL EXPLOITATION OF A CHILD – POSSESSION OF CHILD PORNOGRAPHY |
| DENNIS WESTON, | Vio. of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(1) |
| Defendant. | <u>CRIMINAL FORFEITURE ALLEGATION</u>: |
| | Vio. 18 U.S.C. § 2253 |

## I N D I C T M E N T

The Grand Jury charges that:

COUNT 1:
<u>Sexual Exploitation of a Child –</u>
<u>Possession of Child Pornography</u>

In or about June, 2018, within the District of Alaska, the defendant, DENNIS WESTON, did knowingly possess a digital device, knowing that it contained visual depictions of minors engaging in sexually explicit conduct that had been transported using a means and facility of interstate and foreign commerce, and which were produced using materials that had been transported by any means including by computer.

The depictions were produced using minors engaging in sexually explicit conduct and the depictions were of such conduct.

All of which is in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(1).

<u>CRIMINAL FORFEITURE ALLEGATION</u>:

Upon conviction for violating Title 18, U.S.C., §§ 2252(a)(2) and (a)(4)(B), as alleged in this Indictment, defendant DENNIS WESTON, shall forfeit to the United States, pursuant to Title 18, U.S.C., § 2253, his interest in any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the aforementioned violation; and any and all property used or intended to be used to commit and to promote the commission of the aforementioned

violation, including but not limited to the following: (1) Dell Inspiron laptop serial 7415XMI..

All pursuant to Title 18, U.S.C., § 2253 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Adam Alexander
ADAM ALEXANDER
United States of America
Assistant U.S. Attorney

s/ E. Bryan Wilson for
BRYAN SCHRODER
United States of America
United States Attorney

DATE:     10/17/18